**Scott J. Grossberg (Bar No. 123359)**     JS-6
**Joseph E. Brick (Bar No. 253132)**
**CIHIGOYENETCHE, GROSSBERG & CLOUSE**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730
(909) 483-1850
(909) 483-1840 (Fax)
sgrossberg@cgclaw.com
josephb@cgclaw.com

Attorneys for Defendant, CITY OF IRWINDALE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALARCON, | CASE NO. CV08-08498 VBF (CWx) |
| Plaintiff, | |
| vs. | **ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| CITY OF IRWINDALE, POLICE OFFICER MICHAEL ARIAS and DOES 1 through 10, inclusive, | [F.R.C.P., Rule 41(a)(1)] |
| Defendants. | *Assigned to Hon. Valerie Baker Fairbank Courtroom 9* |

The Court having fully read the Stipulation of Dismissal of Entire Action, With Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. This action is dismissed in its entirety, with prejudice.

DATED: April 2, 2010     _/s/ Valerie Baker Fairbank_
HONORABLE VALERIE BAKER FAIRBANK
Judge of the United States District Court

1

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE

*Michael Alarcon v. City of Irwindale, et al.*

Case No. CV08-08498 VBF (CWx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA -- COUNTY OF SAN BERNARDINO

    I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 8038 Haven Avenue, Suite E, Rancho Cucamonga, CA 91730.

    That on April 1, 2010 I served the within **[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

/X/  **(BY MAIL)** I caused such envelope to be deposited in the mail at Rancho Cucamonga, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Rancho Cucamonga, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

//  **(BY OVERNIGHT COURIER)** I caused the above-referenced document(s) to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

//  **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee. (C.C.P. § 1013A, § 2015.5)

/X/  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on April 1, 2010 at Rancho Cucamonga, California.

_____
DENISE SCHWOB

*Michael Alarcon v. City of Irwindale, et al.*

Case No. CV08-08498 VBF (CWx)

| | |
|---|---|
| Peter M. Williamson, Esq.<br>Todd B. Krauss, Esq.<br>Williamson & Krauss<br>21800 Oxnard Street, Suite 305<br>Woodland Hills, CA 91367<br>(818) 226-5700/phone<br>(818) 226-5704/fax | Attorneys for Plaintiff/Counter-Defendant<br>MICHAEL ALARCON |
| Frank D'Oro, Esq.<br>Wesierski & Zurek LLP<br>1000 Wilshire Boulevard, Suite 1750<br>Los Angeles, CA 90017<br>(213) 627-2300/phone<br>(213) 629-2725/fax | Attorneys for Defendant/Counter-Claimant<br>OFFICER MICHAEL ARIAS |